IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JASON RAY CLARK, | ) CV 23-00293 SASP-KJM |
| Plaintiff, | ) |
| vs. | ) |
| MICHAEL RAY TRISLER and BRIAN PAUL TRISLER, | ) |
| Defendants. | ) |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 16, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Dismiss Plaintiff Jason Ray Clark's Claims Against Defendant Michael Ray Trisler and Brian Paul Trisler for Failure to Prosecute", ECF No. 53, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED at Honolulu, Hawaiʻi, February 5, 2025.



Shanlyn Park
United States District Judge